**MICHAEL JAY BERGER** (State Bar # 100291)
**LAW OFFICES OF MICHAEL JAY BERGER**
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Counsel for Debtor-in-Possession,
MMZ HOLDINGS, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MMZ HOLDINGS, LLC<br><br><br><br>Debtor-in-Possession. | **CASE NO.: 2:21-bk-11230-WB**<br><br>**Chapter 11**<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**<br><br>Date:   June 25, 2021<br>Time:   2:00 p.m.<br>Place:  Courtroom 1375<br>            255 E. Temple Street, Floor 13<br>            Los Angeles, CA<br><br>All hearings for the Hon. Julia W. Brand will be conducted remotely, using ZoomGov video and audio |

TO THE HONORABLE JULIA W. BRAND, JUDGE OF THE UNITED

STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND

TO ALL INTERESTED PARTIES:

The Law Offices of Michael Jay Berger ("Applicant") hereby applies to this Court

(the "Application") for an order allowing and approving compensation for legal   services

rendered and reimbursement for expenses incurred as general bankruptcy counsel for

1

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

**MMZ HOLDINGS, LLC** (the "Debtor"), debtor and debtor-in-possession herein, during the period of February 17, 2021 through May 16, 2021 (the "Application Period"). Filed concurrently herewith are the Declarations of Michael Jay Berger (the "Berger Declaration") and Manuk Boyajian (the "Boyajian Declaration") in support of the Application.

The Applicant has reviewed and the following information is supplied in conformity with United States Bankruptcy Court, Central District of California, Local Rule 2016-1 and the guidelines of the Office of the United States Trustee ("OUST").

## I.    SUMMARY OF APPLICATION

1. Applicant:  Law Offices of Michael Jay Berger.

2. Type of Service Rendered: General Bankruptcy Counsel.

3. Date of Filing Chapter 11:  February 16, 2021.

4. Date of Entry of Order Approving Applicant's Employment: March 25, 2021.

5. Date of Filing of Last Application for Compensation and/or Reimbursement of Expenses: None.

6. Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Application): None

    **(i)    Chapter 11 Retainer**

        a. Retainer Received:  Applicant received a total retainer of $20,000.00. On February 12, 2021, Debtor paid Applicant $10,000.00 of the $20,000.00 retainer. On February 16, 2021, Debtor paid Applicant $10,000.00 of the $20,000.00 retainer and the Chapter 11 filing fee of $1,738.00.

b. <u>Retainer Remaining</u>: $18,742.00. Pursuant to the written fee agreement between Applicant and the Debtor, the sum of $1,258.00 was earned by Applicant prior to Applicant's representation in the Debtor's bankruptcy case.

c. <u>Total Requested in Prior Applications</u>: None.

d. <u>Total Paid Pursuant to Prior Applications</u>: None.

e. <u>Total Amount Currently Due but Unpaid Pursuant to Prior Approved Applications</u>: None.

f. <u>Total Amount Allowed but Reserved Pending Final Fee Application</u>: None.

7. <u>Summary of Requested Fees in this Application</u>: *See* chart in Section VI, *infra*.

8. The hourly rates set forth in Exhibit "10" for Applicant's various professionals who recorded time during the Application Period are the same rates charged by such professionals for non-bankruptcy services.

9. <u>Bonus requested</u>: Not applicable.

10. <u>Total Fees Requested in Application</u>: $24,454.00

11. <u>Total Expenses Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications)</u>: $1,738.00

12. <u>Summary of Requested Expense Reimbursement</u>: *See* Exhibit "11" hereto.

13. <u>Total Expenses Requested in this Application</u>: $791.43

14. <u>Total Award of Fees and Expenses Requested</u>: $25,245.43

3

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF**

## II.    INTRODUCTION AND BACKGROUND

On February 16, 2021 the Debtor filed its Chapter 11 bankruptcy petition.  This is the Debtor's first voluntary bankruptcy petition filing.

Manuk Boyajian is the owner and 100% shareholder of the Debtor. Debtor is real estate holding company. The Debtor currently generates income from leasing its commercial building located at 1213 - 1217 Centinela Avenue, Inglewood, CA 90302 and the adjacent parking lot located at 1223 Centinela Avenue, Inglewood, CA 90302 (the "Properties") to Rainbow Children's Academy ("Rainbow"). Rainbow is a child care facility for children ages one through six years old that services low income families and primarily minority households. 98% of the children receive government assistance for their fees.  Rainbow provides the children two meals per day plus snacks and fruit, so they are getting food four times per day. Rainbow receives reimbursement from the government for the children's tuition and fees based on attendance numbers.  Availability of childcare has been hard hit during the COVID-19 pandemic. Local parents cannot work if there is no day care in their community. 92 families use Rainbow currently. 40% are single mothers and 8% are single fathers. Rainbow has 24 employees that needs to pay. Rainbow has fallen one year behind on the rent payments to the Debtor. The Debtor is attempting to refinance the property based on a new Property appraisal for $9 million to satisfy the existing mortgage holders.

### LIABILITIES OF THE ESTATE
Debtor's secured creditors are:

1. Lone Oak $3,000,000.00 First Trust Deed

4

2. Melissa Thomas 2,400,000.00 Second Trust Deed

3. Credit Suisse First Boston, LLC $250,000.00 Third Trust Deed

4. Peter Ma, $150,000.00 fourth mortgage. Fourth Trust Deed

5. Los Angeles County Tax Collector $34,246.92

Debtor's additional creditors are:

United States Small Business Administration $149,000.00

Wise Funding $75,000.00

PPP Loan: $80,000.00

## III.    SIGNIFICANT EVENTS DURING THE APPLICATION PERIOD

During the Application Period, Applicant spent the necessary time preparing the 7-day package for the OUST, represented the Debtor at the first Initial Debtor Interview, 341(a) meeting of creditors, which was continued, and at the second Meeting of Creditors. Applicant prepared the Application to be Employed as General Bankruptcy Counsel, which was approved on March 25, 2021. Applicant responded to a Motion for Relief from Stay filed by Secured Creditor Melissa Thomas and Supplemental Joinder by Secured Creditor Lone Oak Fund, LLC. During the Application period, Applicant negotiated with Creditors, and executed on a plan for Adequate Protection payments to Secured Creditors Lone Oak Fund, LLC and Melissa Thomas. Applicant attended the Initial Status Conference.

On February 16, 2021, Applicant filed Debtor's Petition [docket no.: 1]. On February 16, 2021 Applicant filed the Corporate Resolution [docket no.: 2].

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

On March 2, 2021, Applicant filed the Application to be employed as General Bankruptcy Counsel [docket no.: 10]. On March 2, 2021, Applicant filed the deficient schedules with the Court [docket no.: 12].

On March 4, 2021, Applicant amended the List of Creditors [docket no.: 15].

On March 17, 2021 Applicant attended the first Meeting of Creditors.

On March 31, 2021, Applicant filed the Debtor's February MOR [docket no.: 25].

On April 21, 2021 Applicant ensured Debtor obtained new liability insurance and submitted proof to U.S. Trustee.

On April 26, 2021, Applicant filed the initial status report [docket no.: 29].

On April 27, 2021 Applicant filed Debtor's March Monthly Operating Report [docket no.: 30].

On April 27, 2021 Applicant replied to the Relief From Stay Motion [docket no.: 31].

On April 28, 2021 Applicant attended the Continued Meeting of Creditors.

On May 6, 2021 Applicant attended the Initial Status Conference.

On May 7, 2021, Applicant filed a Declaration for Appraiser who prepared new appraisal on the Debtor's Property [docket no.: 35].

On May 7, 2021, Applicant followed up on requests for tax returns from the Internal Revenue Service.

On May 7, 2021 and May 17, 2021 Applicant communicated with the Small Business Administration regarding their loan to the Debtor.

On May 11, 2021, Applicant attended hearing on the Relief from Stay Motion.

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

## IV.    RETENTION OF APPLICANT

The Debtor selected Applicant because of Applicant's extensive experience and knowledge in the field of bankruptcy.

Prior to the Petition Date, the Debtor retained Applicant to prepare the petition and to advise the Debtor on preparations for commencing this chapter 11 case. The terms of Applicant's retention provide that it will be compensated for its services on the basis of hourly billings, subject to Court approval. There is no agreement or understanding between Applicant and any other person for the sharing of compensation or other proceeds for the services rendered in this case.

Pursuant to the written fee agreement between Applicant and the Debtor, Applicant's retainer fee is $20,000.00. Applicant received a total retainer of $20,000.00. On February 12, 2021, Debtor paid Applicant $10,000.00 of the $20,000.00 retainer. On February 16, 2021, Debtor paid Applicant the remaining $10,000.00 of the $20,000.00 retainer. On February 16, 2021, Debtor paid Applicant the Chapter 11 filing fee of $1,738.00.

The work that Applicant has done and will do on the Debtor's behalf will be billed at the hourly rates specified in the written fee agreement between Debtor and Applicant. Applicant's actual pre-petition fees were $1,258.00 and Applicant's actual pre-petition costs were $1,738.00 paid by the Debtor. The terms of employment and the retainer were disclosed to the Court and other interested parties and approved by the Court.

## V.    REQUEST FOR APPROVAL AND PAYMENT OF ALL FEES AND EXPENSES  FOR THE APPLICATION PERIOD

7

With this Application, Applicant requests allowance and payment of fees in the amount of $24,454.00 consisting of 57.1 hours of billed time and 14.3 hours of unbilled time. Applicant also requests allowance and payment of $791.43 for expenses incurred over the Application Period. This time is reflected in the total hours set forth in Section VI, below.

Pursuant to Local Bankruptcy Rule 2016-1, a brief narrative of the present posture of this case is contained herein. A detailed listing of all time spent by attorneys and paraprofessionals is set forth in Exhibits "1" through "9" to the Berger Declaration pursuant to Local Bankruptcy Rule 2016-1(a)(1)(E). Exhibits "1" through "9" show the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered. All services performed by Applicant professionals were recorded in time increments of one-tenth (0.1) of an hour. All services performed by Applicant paralegals, legal assistants and professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys.

Attached to the Berger Declaration as Exhibit "10" is a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with their billing rates, total hours expended and total fees billed.

All expenses, which include all out-of-pocket expenses incurred by Applicant for all matters on behalf of the Debtor during the Application Period, organized by category of expense, are contained in Exhibit "11" to the Berger Declaration, pursuant to LBR 2016-1(a)(1)(F). Applicant has made every effort to limit the expenses and to use the

8

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

most economically-efficient means available for accomplishing the tasks for which expenses were incurred. Expenses for court costs, outside copy costs, computerized legal research, express delivery, travel, and courier services are billed at actual costs. Applicant does not bill for long-distance telephone calls. Photocopies are generally made in-house and the charges are billed at $.10 per page. The charges reflect a reasonable estimate of the per page cost to the Applicant of in-house copying, and do not include any charge for the time and labor associated with making such copies. The use of email has been significant in this case, which has greatly reduced the cost of facsimile and long-distance telephone use. Courier, overnight and facsimile services were necessary when regular mail would not be adequate to complete the task in a timely manner.

## VI. MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION OF SERVICES RENDERED DURING THE APPLICATION PERIOD

Pursuant to the Guidelines of the OUST, Applicant has segregated its time and expenses into the following categories:

| Category | Hours Billed | Hours Non-billed | Total Hours Worked | Amount of Fees Charged |
|---|---|---|---|---|
| Relief From Stay | 15.7 | 1.5 | 17.2 | $7,407.50 |
| Case Administration | 18.8 | 10 | 28.8 | $7,037.50 |
| Meeting of Creditors | 7.2 | 0.7 | 7.9 | $3,752.00 |
| Financing | 5.7 | 0.3 | 6 | $2,576.50 |
| Business Operations | 3.6 | 0.5 | 4.1 | $1,544.00 |
| Fee and Employment Applications | 4.4 | 1 | 5.4 | $1,364.00 |
| Claims Administration and Objections | 1 | 0.1 | 1.1 | $475.00 |
| Asset Analysis | 0.5 | 0.00 | 0.5 | $257.50 |
| Litigation | 0.2 | 0.2 | 0.4 | $40.00 |
| Totals | 57.1 | 14.3 | 71.4 | $24,454.00 |

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

Set out below is a narrative explanation, pursuant to Federal Rule of Bankruptcy

Procedure 2016(a) and Local Bankruptcy Rule 2016-1, of the services performed by

Applicant during the Application Period.  No narrative is provided for those matters

where no fees were incurred during the Application Period.

A. Relief From Stay

**Hours Worked:    17.2**          **Fees: $7,407.50**

Applicant prepared and filed a response to a relief from stay motion.

Applicant negotiated with Creditors to arrive at Adequate Protection Payment amounts.

Applicant prepared declaration for Property Appraiser. Applicant attended the Hearing on

the Relief from Stay Motion.

B.    Case Administration

**Hours Worked:    28.8**          **Fees: $7,037.50**

Applicant recorded time under this category for services related to the general

administration of the Debtor's case. Applicant worked with Debtor to put together the 7

day package. The Applicant reviewed deficiencies and addressed them. The Applicant

prepared and filed the MORs. The Applicant assisted the client in becoming compliant

with the Insurance requirement.  Applicant communicated dates and deadlines to Debtor.

Applicant advised client on letter from the IRS.

C.    Meeting of Creditors

**Hours Worked:    7.9**          **Fees: $3,752.00**

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF**

Applicant represented the Debtor at the Initial Debtor Interview and the continued Meeting of Creditors. Applicant obtained a transcript of the Initial Debtor Interview to review the questions posed by the Creditors that needed addressing in the Continued Meeting of Creditors. Applicant worked with Creditors to reschedule the Continued Meeting to get a two week extension. Applicant prepared Debtor for the Question and Answers for the Meeting of Creditors.

D.    Financing

**Hours Worked:    6**                    **Fees: $2,576.50**

Applicant recorded time under this category working on MORs, budgets and cash flow projections. Applicant reviewed Notes on property and loan terms. Applicant communicated with Lenders to negotiate payments. Applicant discussed refinancing with Debtor. Applicant began preparation on a Cash Collateral Motion.

E.    Business Operations

**Hours Worked:    4.1**                    **Fees: $1,544.00**

Applicant recorded time under this category for preparing for reviewing a judgment lien for the tenant, reviewing a letter from Wells Fargo regarding debit restrictions on the Debtor's account, drafting the MORs, discussing the MORs with client, reviewing the Secretary of State's website for information on the tenant, and discussing the SBA loan with Debtor.

F.    Fee and Employment Applications

**Hours Worked:    5.4**                    **Fees: $1,364.00**

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF**

Applicant recorded time under this category for preparing the Application to

Employ the Applicant as general Bankruptcy Counsel including researching and

disclosing all prior connections with the Debtor.

G.    Claims Administration and Objections

**Hours Worked:    1.1**                    **Fees: $475.00**

Applicant recorded time under this category for reviewing the claims of the Los

Angeles Tax Collector, The State Tax Authority, drafting a Notice of Claims Bar Date,

and communicating with the United States Small Business Administration regarding the

Debtor's use of borrowed funds.

H.    Asset Analysis

**Hours Worked:    0.5**                    **Fees: $257.50**

Applicant recorded time under this category for services related to

communications with Debtor regarding the 7 day compliance and preparation of the

schedules.

I.    Litigation

**Hours Worked:    0.2**                    **Fees: $40.00**

Applicant recorded time under this category for services related to researching

civil lawsuit involving tenant Rainbow Academy.

**VII.    FACTORS RELEVANT IN DETERMINING THE ALLOWANCE OF**

**FEES**

A.    Legal Standard

12

Bankruptcy Code Section 330 authorizes compensation for professionals rendering

services in connection with a bankruptcy case. The responsibility for determining

reasonable compensation under Section 330 for services rendered to the estate rests with

the bankruptcy court and the court's decision is final unless there is an abuse of

discretion. *In re Nucorp Energy, Inc.,* 764 F.2d 655, 657 (9th Cir. 1985). Bankruptcy

Code Section 330 requires that the

compensation awarded be "for actual, necessary services" taking into account the time

spent on such services, the rates charged, and the value of the services rendered. 11

U.S.C. §330(a)(1)(3).

Prior to the enactment of the Bankruptcy Code, the Ninth Circuit followed the

judicially created "strict rule of economy" doctrine. *See In re THC Financial Corp.,* 659

F.2d 951, 955 n.2 (9th Cir. 1981), *cert. denied,* 456 U.S. 977 (1982). Bankruptcy Code

Section 330 was enacted to overrule this doctrine, and to ensure adequate compensation

for bankruptcy attorneys so that qualified specialists would not be forced to abandon the

practice of bankruptcy law in favor of more remunerative areas. *In re Nucorp Energy,*

*Inc.,* supra, 764 F.2d at 658; *In re Powerline Oil Co.,* 71 B.R. 767, 770 (9th Cir. BAP

1986).

In the case of *In re Yermakov,* 718 F.2d 1465 (9th Cir. 1983), the Ninth Circuit

discussed the test to be used to calculate a reasonable attorney fee beyond the factors

listed in Bankruptcy code Section 330. The Court stated that, "the primary method used

to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of

hours expended by an hourly rate." *Id.* at 1471. This method has been referred to as the

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF**

"lodestar" or basic fee test, which, if warranted, can be adjusted upward or downward. In

that regard, the Ninth Circuit in *Yermakov* made specific reference to *Johnson v. Georgia*

*Highway Express, Inc.,* 488 F.2d 714, 717-19 (5th Cir. 1974), where the Court of Appeals

for the Firth Circuit listed twelve factors that should be considered in awarding attorneys'

fees. These so-called "Johnson factors" have been referred to and utilized by many

courts throughout the country in determining and awarding fees in bankruptcy cases.

*See, e.g., Powerline Oil Co., supra,* 71 B.R. at 771, and cases cited therein. These factors

include, among others: the time and labor required; the novelty and difficulty of

the questions involved; the skill required to perform the legal services properly; the

preclusion of other employment by the attorney due to acceptance of the case; the

customary fee; whether the fee is fixed or contingent; the amount involved, and the

results obtained; the experience, reputation and the ability of the attorneys; the

undesirability of the case; and awards in similar cases.

The Ninth Circuit Bankruptcy Appellate Panel has concluded that the "loadstar"

approach coupled with consideration of the "Johnson factors" is the appropriate standard

to be applied in determining and awarding professional fees in a bankruptcy case.

*Powerline Oil Co.,*

*supra,* 71 B.R. at 771; *see also In re Mednet,* 251 B.R. 103, 108 (9th Cir. BAP 2000). In

this Application, Applicant is not seeking any upward adjustment in the "loadstar"

approach to its request for compensation. The requested fees are the product of the

number of hours expended by Applicant's professionals in representing the interests of

the Debtor multiplied by their respective hourly rates.

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF**

B.    Application of the Lodestar and Applicable Johnson Factors

1.    *Time Spent*

Applicant's time records, copies of which are attached to the Berger Declaration as Exhibits "1" through "9", demonstrate that during the Application Period, Applicant spent a total of 57.10 billed hours and 14.30 unbilled hours representing the Debtor. Applicant submits that his time records demonstrate that all of the time spent was reasonable and necessary for the adequate representation of the Debtor in connection with the matters for which Applicant was employed.

2.    *Customary Fee for Comparable Services*

Bankruptcy Code Section 330 requires that the bankruptcy court award fees in bankruptcy cases based upon the costs of similar services rendered in non-bankruptcy cases. This requirement is a departure from prior law governing the allowance of compensation. The drafters of the Bankruptcy Code abandoned the notions of conservation of the estate and economy of administration which were pivotal concepts in assessing compensation under the prior Bankruptcy Act. Rather, Congress attempted to attract bankruptcy law specialists to make the adjudication of bankruptcy cases more efficient. This change "was based on the fundamental economic principle that the payment of arbitrarily lower rates to lawyers in bankruptcy proceedings compared to market-established rates for non-bankruptcy legal service would cause attorneys to leave bankruptcy practice or to refrain from entering bankruptcy practice. An inherent risk in this system… is that creditors would have to absorb the costs of improper and inefficient administration." 3 COLLIER ON BANKRUPTCY,

15

330.04[6][a] at 330-59 (Alan N. Resnick and Henry J. Sommer, eds., 15th ed. Rev. 2008).

The Applicant's summary of services rendered, attached hereto as Exhibit "10" pursuant to Local Bankruptcy Rule 2016-1 (a)(1)(G), depicts the hourly rates charged by the Applicant's professionals, as well as the actual time spent by each professional for the services provided in this case. The Applicant submits that these rates are identical to the rates the Applicant charges its non-bankruptcy clients.

3.    *The Experience, Reputation and Ability of the Attorneys Involved*

The qualifications of the attorneys and paraprofessionals performing services on behalf of the Debtor are set forth in Exhibits "12" and "13", attached to the Berger Declaration. The Applicant believes that each of the persons listed on Exhibits "12" and "13" are highly qualified to perform the services rendered on the Debtor's behalf and have billing rates commensurate with similarly qualified attorneys and paraprofessionals. The Applicant submits that it has a well-earned reputation for providing high quality legal services in each of legal arenas in which it practices. As noted on Exhibit "12", Michael Jay Berger is a Certified Legal Specialist in Bankruptcy Law and is an "AV" rated lawyer as rated by Martindale Hubbell, and has maintained this rating continuously for the past 26 years.

C.    <u>The Applicant Should be Compensated for All of its Fees</u>

Pursuant to Section 330 of the Bankruptcy Code, the Court may award to a professional person, reasonable compensation for actual, necessary services rendered, and reimbursement for

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

actual, necessary expenses incurred. 11 U.S.C. §330(a). As set forth above, the fees that the Applicant requests compensation and the expenses for which the Applicant requests reimbursement are for actual and necessary services rendered and expenses incurred.

The Applicant submits that full compensation of fees and reimbursement of expenses requested in this Application pursuant to Bankruptcy Code Section 330 is appropriate. Authorizing full payment is also consistent with the priority scheme of the Bankruptcy Code, which contemplates administrative claims having priority over general unsecured claims. Thus, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full.

Further, Bankruptcy Code Section 331 was enacted to allow professionals to be compensated, on an interim basis, throughout the pendency of the case. Bankruptcy Code Section 331 provides in relevant part as follows:

> ...any professional person...may apply to the court no more than once every 120 days after an order for relief under a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under Section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation and reimbursement.

11 U.S.C. §331. As enacted, the Bankruptcy Code expresses a strong legislative preference that attorneys should be awarded full compensation. Congress drafted Section 331 to allow a Debtor's attorneys to receive compensation during the case, instead of being required to wait until the end of the case, which in some instances might be years away. H.R. Rep. No. 95-595, 95th Cong., 1st Session. 330 (1997). Authorizing full

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

payment is also consistent with the priority scheme of the Bankruptcy Code which contemplates administrative claims having priority over general unsecured claims.

The Applicant submits that interim compensation pursuant to Bankruptcy Code Section 331 is appropriate.  In view of the strongly expressed legislative intent and the priority requirement of the Bankruptcy Code, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full.

## VIII.   SOURCES OF PAYMENT OF ALLOWED FEES AND EXPENSES

According to the Debtor's April 2021 bank statement, Debtor currently has approximately $393.00 in the general debtor-in-possession bank account. Debtor resumed collecting rental income from Rainbow effective May 2021. In the Event the Debtor does not have sufficient funds in its debtor-in-possession account to pay the balance of the Court approved fees, Applicant agrees to enter into a payment plan with the Debtor

## IX.    CONCLUSION

WHEREFORE, Applicant requests this Court enter an order as follows:

1.      Approving the Application of Applicant and awarding, as a first interim payment of fees, compensation of $24,454.00, and reimbursement of costs of $791.43, for a total of $25,245.43;

2.      Immediately upon entry of this order, Applicant shall be permitted to draw down on the $18,742.00 retainer held in Applicant's Client Trust Account to satisfy the award of fees and costs;

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

3.      Immediately upon entry of this order, the Debtor shall pay to Applicant $6,503.43, representing the balance of fees and reimbursable expenses awarded to Applicant in connection with this Application;

4.      Debtor and Applicant agree to enter into a payment arrangement in the event Debtor does not have sufficient funds in its debtor-in- possession account to pay Applicant's fees and costs in full upon entry of the order approving this Application; and

5.      Granting such other and further relief as is just and proper.

Dated: *May 28, 2021*          **LAW OFFICES OF MICHAEL JAY BERGER**

By: _____
Michael Jay Berger
Counsel for Debtor-In-Possession
MMZ Holdings, LLC

---

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

# DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1.    I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.    The First Interim Application for Compensation and Reimbursement of Expenses ("Application") submitted by myself (the "Applicant") for February 17, 2021 through May 16, 2021 (the "Application Period"), complies with the guidelines of the Office of the United States Trustee (the "OUST").

3.    I have reviewed this Application and it complies with LBR 2016-1.

4.    I have complied with LBR 2016-1(a)(1)(A)(i) on page 4, lines 1 – 27, and page 5, lines 1 – 11, under section II of this Application where I describe the general operations of the Debtor.

5.    I have complied with LBR 2016-1(a)(1)(A)(iii) on page 3, lines 1 - 5 under section I of this Application, which provides Debtor's total balance remaining in the Client Trust Account, and on page 18, lines 8 – 15 under section 8, Debtor's total balance remaining in its non-cash collateral account.

6.    I have complied with LBR 2016-1(a)(1)(B) on page 2, lines 16 - 18, under section I, (items 3 - 5), where the date of entry of the order approving my employment application was entered, and the date of my last granted fee application, if applicable.

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK
BOYAJIAN IN SUPPORT THEREOF

7.      I have complied with LBR 2016-1(a)(1)(C) in section I of this Application, item 6, where I provide listings of the amount of fees and expenses previously requested, those approved by the Court, and how much was received, if applicable.

8.      I have complied with LBR 2016-1(a)(1)(D) on page 7, lines 28, and page 8, lines 1 –28 under section V of this Application, which accurately reflects the services rendered and expenses incurred by the Applicant during the Application Period.

9.      Neither I, nor any member of my firm, have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to me with any other person, attorneys or entity, except as among the members of the Applicant.  I have strived to provide legal services to MMZ Holdings, LLC ("Debtor"), debtor and debtor-in-possession herein, in the most cost-efficient method, while maintaining the high quality of service expected from and provided by my professionals.  I believe the billing rates for my professionals are reasonable and commensurate with the rates charged by similarly-qualified professionals providing similar services. I am a Certified Legal Specialist in Bankruptcy Law and I am an "AV" rated lawyer as rated by Martindale Hubbell, and have maintained this rating continuously for the past 26 years.

10.     I received a total retainer of $20,000.00. On February 12, 2021, Debtor paid $10,000.00 of the $20,000.00 retainer. On February 16, 2021, Debtor paid the remaining $10,000.00 of the $20,000.00 retainer. On February 16, 2021, Debtor paid the Chapter 11 filing fee of $1,738.00. The work that I have done and will continue to do on the Debtor's behalf will be billed at the hourly rates specified in the fee agreement.

21

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

11.     I have complied with LBR 2016-1(a)(1)(E) in Exhibits "1" through "9", and incorporated herein by this reference, which provide detailed listings of all time spent by attorneys and paraprofessionals showing the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered, segregated according to the OUST guidelines. All services performed by my professionals were recorded in time increments of one-tenth (0.1) of an hour. All services performed by my paralegals, legal assistants and professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys.

12.     I have complied with LBR 2016-1(a)(1)(F) in Exhibit "11", and incorporated herein by this reference, which provides a listing of all expenses for all matters on behalf of the Debtor during the Application Period, organized by category of expense pursuant to LBR 2016-1(a)(1)(F).

13.     I have complied with LBR 2016-1(a)(1)(G) in Exhibit "10", and incorporated herein by this reference, which provides a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with our billing rates, total hours expended and total fees billed.

14.     I have complied with LBR 2016-1(a)(1)(H) by providing as Exhibits "12" and "13" to this Application, my resume and the firm CV detailing the qualifications of the attorneys and paralegals whom have rendered services on the Debtor's behalf, incorporated herein by this reference. I believe that each of the persons listed in Exhibits

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

"12" and "13" is highly qualified to perform the services rendered on the Debtor's behalf and have billing rates commensurate with similarly qualified attorneys and paraprofessionals.

15.    I have complied with LBR 2016-1(a)(1)(J) on page 22 of this application because either a declaration from the client indicating that the client has reviewed my fee application is provided in this Application, or if none provided, I have described the steps I have taken to obtain the client's declaration and the client's response thereto.

16.    Attached hereto as Exhibit "14" is the Notice of this Application served in accordance with LBR 2016-1(a)(2)(B).

17.    Debtor and I agree to enter into a payment arrangement in the event Debtor does not have sufficient funds in its debtor-in- possession account to pay my fees and costs in full upon entry of the order approving this Application.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 28, 2021 at Beverly Hills, California.

Michael Jay Berger

23

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

# DECLARATION OF MANUK BOYAJIAN

I, Manuk Boyajian, declare and state as follows:

1.    I am the Owner and Managing Member of the Debtor, MMZ Holdings, LLC (the "Debtor"). I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.    I have reviewed the attached First Interim Application for Compensation and Reimbursement of Expenses of Michael Jay Berger ("Fee Application"), and I have no objection to the Fee Application.

3.    As of April 30, 2021 the Debtor has $383.00 in its general debtor-in-possession account. Debtor and Applicant agree to enter into a payment arrangement in the event Debtor does not have sufficient funds in its debtor-in- possession account to pay Applicant's fees and costs in full upon entry of the order approving this Application.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 31, 2021 at Los Angeles_____, California.


_____
Manuk Boyajian

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**

# EXHIBIT 1

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Relief From Stay Proceedings** | | | | |
| 4/21/2021 | SD | Review the relief from stay motion filed by Melissa Thomas (0.4); email Debra Reed to prepare a response and provide my comments re the appraisal (0.1); email a copy to client with my comments (0.1) | 0.60 495.00/hr | 297.00 |
| | MJB | Review the Motion for Relief from Stay filed by Melissa Thomas, analysis re response thereto | 0.20 595.00/hr | 119.00 |
| | DR | Discuss budget and response to relief from stay motion | 0.40 435.00/hr | 174.00 |
| 4/22/2021 | DR | Discussion with Manuk, discussion of reply to motion for relief from stay, cash collateral motion, budget | 0.50 435.00/hr | 217.50 |
| | DR | Email regarding property Appraisal to Client | 0.10 435.00/hr | 43.50 |
| | SD | Discuss the need for the appraisal report and adequate protection payments with Debra Reed to communicate to Manuk B., Debtor's principal | 0.10 495.00/hr | 49.50 |
| | SD | Review and respond to Manuk B's email regarding the appraisal for the property and explain the importance of having one done asap | 0.20 495.00/hr | 99.00 |
| | MJB | Review emails from Debra, Sofya D and the client re the need for an appraisal as part of our opposition to the Motion for Relief from Stay | 0.10 595.00/hr | 59.50 |
| 4/23/2021 | MJB | Telephone call from client re the motion for relief from stay; telephone conference with Debra Reed re same | 0.10 595.00/hr | 59.50 |

MMZ Holdings LLC Chapter 11                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2021 | DR | Discussion of Reply to Relief from Stay Motion | 0.50<br>435.00/hr | 217.50 |
| 4/26/2021 | DR | Call with Benjamin Nachimson re relief from stay motion filed by Melissa Thomas | 0.20<br>435.00/hr | 87.00 |
|  | DR | Email Offer to Nachimson counsel for Melissa Thomas 2nd offer new repayment terms. | 0.10<br>435.00/hr | 43.50 |
|  | DR | Email client requesting loan documentation re Melissa Thomas | 0.10<br>435.00/hr | 43.50 |
|  | DR | Email Client 2nd offer to Melissa Thomas re Adequate Protection Payments | 0.10<br>435.00/hr | 43.50 |
|  | SD | Review the adequate protection payment proposal made by Debra Reed to the Movant per our last week's discussion regarding attempt to resolve the pending relief from stay motion | 0.10<br>495.00/hr | 49.50 |
|  | DR | Discussion of adequate protection payments to 2nd lienholder. | 0.20<br>435.00/hr | 87.00 |
|  | DR | Draft Form F 4001-1 Response to Motion Regarding the automatic stay | 0.50<br>435.00/hr | 217.50 |
|  | DR | Draft Memorandum of Points and Authorities in support of Response to Motion Regarding the automatic stay | 1.50<br>435.00/hr | 652.50 |
|  | DR | Draft Declaration of Manuk Boyajina in support of Response to Motion Regarding the automatic stay | 0.50<br>435.00/hr | 217.50 |
|  | DR | Email Client Draft Reply to Relief from stay motion with signing instructions | 0.20<br>435.00/hr | NO CHARGE |
|  | SD | Call with Manuk to go over the draft response and answer his questions re the case and the payments to Movant | 0.20<br>495.00/hr | 99.00 |
|  | MJB | Review email from Benjamin Nachimson rejecting our settlement offer and refusing to entertain further settlement offer, telephone conference with the client re same | 0.10<br>595.00/hr | 59.50 |
| 4/27/2021 | DR | Draft and send email to Ben Nachimson, counsel for Melissa Thomas offering adequate protection payments. | 0.10<br>435.00/hr | 43.50 |
|  | DR | Read and review email from Ben Nachimson, counsel for Melissa Thomas declining adequate protection payments and forward to client | 0.10<br>435.00/hr | 43.50 |
|  | DR | Revise Form F 4001-1 RFS. Response - SD's edits | 0.50<br>435.00/hr | 217.50 |

MMZ Holdings LLC Chapter 11                                                        Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2021 | DR | Revise Reply to Relief from Stay  Motion SD edits | 2.00 435.00/hr | 870.00 |
| | DR | Draft MJB Declaration to Reply to RFS Motion | 0.30 435.00/hr | 130.50 |
| | DR | Draft Declaration for Manuk Boyajian Reply to RFS Motion | 0.70 435.00/hr | 304.50 |
| | DR | Prepare Exhibits to Reply to RFS Motion | 0.50 435.00/hr | NO CHARGE |
| | SD | Revise the Response to Melissa Thomas' Relief From Stay Hearing and write my comments and go over them with Debra Reed for her to incorporate my comments in the revised Response | 1.00 495.00/hr | 495.00 |
| | MJB | Review and approve draft Response to Motion for Relief from Stay | 0.10 595.00/hr | 59.50 |
| 5/5/2021 | DR | Send client 3 filings in case docket numbers 32, 33 and 34 regarding RFS Motion | 0.10 435.00/hr | NO CHARGE |
| | DR | Review three filings in case, docket numbers 32,33, and 34, replies to our response to RFS motion | 0.40 435.00/hr | 174.00 |
| | SD | Review Melissa Thomas' Reply to MMZ's Response to Motion for Relief From Stay (0.2); send client an email with the list of items to be done prior to the hearing (0.2) | 0.40 495.00/hr | 198.00 |
| | DR | Email Client with next steps in the relief from stay motion in advance of hearing. | 0.10 435.00/hr | 43.50 |
| | SD | Discuss the issues with the upcoming Relief From Stay Hearing with Debra Reed and ask her to send another email to Debtor's principals | 0.10 495.00/hr | 49.50 |
| | MJB | Review emails from Debra Reed re proposed adequate protection payments to the holders of the first and second, reply filed by Melissa Thomas | 0.10 595.00/hr | 59.50 |
| | SD | Review the appraisal report submitted by client and discuss it with Debra Reed and ask her to prepare and file appraiser's declaration | 0.30 495.00/hr | 148.50 |
| | DR | Client called and sent over a new appraisal and discussed financing. | 0.30 435.00/hr | 130.50 |
| 5/6/2021 | DR | Communicate with client regarding authenticating the new appraisal. | 0.10 435.00/hr | 43.50 |
| | DR | Draft Declaration for real estate appraiser. | 0.50 435.00/hr | NO CHARGE |

MMZ Holdings LLC Chapter 11                                                                 Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2021 | DR | Discussion of appraisal of property | 0.10 435.00/hr | 43.50 |
|  | SD | Discuss the upcoming hearing on Melissa Thomas' Relief From Stay Motion and the appraisal with Debra Reed | 0.10 495.00/hr | 49.50 |
| 5/7/2021 | SD | Check with Debra re the status of the appraisal and evidence of APO payments | 0.10 495.00/hr | 49.50 |
|  | DR | Receive Declaration from Appraiser. Review. Prepare to file with Court. | 0.10 435.00/hr | NO CHARGE |
|  | SD | Review the Supplemental Declaration of Appraiser with evidence of current fair market value of the property in support of Opposition to Thomas' relief from stay motion | 0.10 495.00/hr | 49.50 |
|  | DR | Draft Supplemental Declaration Of Ha Seoup Bang And Real Estate Appraisal In Support Of MMZ Holdings LLC, The Debtor's Response To Creditor Melissa Thomas's Motion For Relief From The Automatic Stay. Attach Appraisal. | 0.30 435.00/hr | 130.50 |
|  | MJB | Review and approve draft Supplemental Opposition to Creditor's Motion for Relief from Stay, declaration authenticates the attached appraisal | 0.10 595.00/hr | 59.50 |
|  | DR | Client called to confirm receipt of appraisal and declaration and that we filed with court today. Also  acknowledged receipt of SBA related email. | 0.10 435.00/hr | 43.50 |
|  | DR | Request payment history from MMZ for 2 secured creditors | 0.10 435.00/hr | 43.50 |
|  | YN | File Supplemental Declaration in Support to the Response | 0.10 225.00/hr | NO CHARGE |
| 5/10/2021 | MJB | Prepare for hearing on the Melissa Thomas Motion for Relief from Stay (.2) Prepare email to client re payments to Melissa Thomas, Samantha Navarro and the LA County Tax Collector since the debtor filed bankruptcy (.1) | 0.30 595.00/hr | 178.50 |
|  | MJB | Review email from Manuk Boyajian re debtor has not made any payments to anyone since it filed bankruptcy and it has not received any money from Rainbow during that time either | 0.10 595.00/hr | 59.50 |
| 5/11/2021 | MJB | Final Preparation for Oral Argument (.2); Appear by Zoom Video Conference for the hearing on the Melissa Thomas Motion for Relief from Stay (.5); Calendar all dates set by the Court, prepare email to the client re what happened at the hearing and what it needs to do now and with analysis re the Single Asset Real Estate issue (.4) | 1.10 595.00/hr | 654.50 |
|  | SD | Review the summary of today's relief from stay hearing, discuss with Michael Berger and calendar the dates  and deadlines | 0.20 495.00/hr | 99.00 |

MMZ Holdings LLC Chapter 11

|  | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [    17.20 | 7,407.50] |
| For professional services rendered | 17.20 | $7,407.50 |

# EXHIBIT 2

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302


May 18, 2021


Invoice #875


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 2/17/2021 | DR | Provide Template to clients and request past 6 months cash flows and 6 months of projected P&L. | 0.20 435.00/hr | NO CHARGE |
| | YN | Telephone call with client and Eddie re the DIP accounts and the Cash Collateral Motion, send email re same | 0.30 225.00/hr | 67.50 |
| | DR | Communicate with SD and MJB regarding the need to update the SOS CA records of Managing Member | 0.10 435.00/hr | 43.50 |
| | YN | Contact Trustee Sale to confirm receipt of the bankruptcy | 0.10 225.00/hr | 22.50 |
| | MJB | Review email and letter from UST re the Initial Debtor Interview, forward same to the client and to Sofya D | 0.10 595.00/hr | 59.50 |
| | EG | Review E-mail from D. Reed re: Lexis Nexis search for Manuk Boyajian, conduct search, review results and draft E-mail to D. Reed re: same | 0.30 200.00/hr | 60.00 |
| 2/18/2021 | MJB | Review and sign authorization for direct contact with the UST | 0.10 595.00/hr | 59.50 |
| | SD | Inform client of the date and time for the meeting of creditors and initial debtor interview | 0.10 495.00/hr | 49.50 |
| | YN | Telephone call with client re DIP account and to arrange a time for a conference call | 0.20 225.00/hr | 45.00 |

MMZ Holdings LLC Chapter 11

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/18/2021 | DR | Telephonic meeting with MMZ Manager, Michael Itaev, MMZ General Partner Manuk Boyajian, and MMZ Advisor, Ed Mazzarino, to go over needs for 7 day package. | 0.50 435.00/hr | NO CHARGE |
| | YN | Telephone conference call with client, Eddie, and Manuk re 1st Day Motions and 7 day package | 0.50 225.00/hr | NO CHARGE |
| | YN | Email client and request for picture ID | 0.10 225.00/hr | NO CHARGE |
| | DR | Draft email of information requests to client | 0.20 435.00/hr | 87.00 |
| | MJB | Review Notice re Meeting of Creditors, be sure that the meeting is on calendar | 0.10 595.00/hr | 59.50 |
| 2/19/2021 | YN | Prepare the letter requesting for the recorded petition | 0.10 225.00/hr | 22.50 |
| 2/22/2021 | SD | Review the deeds of trust for all loans (0.6); review the commercial lease agreement (0.6) | 1.20 495.00/hr | 594.00 |
| | EG | Review E-mail from Y. Nipha re: compiling and redacting 6 months of bank statements, compile and redact statements, reply to E-mail | 0.40 200.00/hr | NO CHARGE |
| 2/23/2021 | YN | Telephone conference call with the client re documents for the 7 day package | 0.40 225.00/hr | 90.00 |
| | YN | Telephone call with client to obtain facts and information from the client and review the documents for the 7 day package | 1.00 225.00/hr | 225.00 |
| | YN | Draft and prepare the 7 day package | 3.00 225.00/hr | 675.00 |
| | SD | Remind Yathida to mail out the certified copy of the petition for recording (0.1); find out from the client the status of setting up DIP accounts (0.1) | 0.20 495.00/hr | 99.00 |
| 2/24/2021 | SD | Review the 7-day compliance, check against information provided by client and provide my comments to Yathida (0.9); prepare the statement of major issues and timetable report (0.8); review and revise the budget (0.2) | 1.90 495.00/hr | 940.50 |
| | YN | Make revisions to the 7 day package per S. Davtyan's comments and email to client | 1.20 225.00/hr | NO CHARGE |
| 3/2/2021 | SD | Review the deficiencies and provide my comments to Yathida to address with Debtor's principal and file today | 0.50 495.00/hr | 247.50 |
| | YN | Telephone call with client and Lisa Adjoda with Wise Funding re UCC Financing, send email to Lisa re same | 0.30 225.00/hr | 67.50 |

MMZ Holdings LLC Chapter 11                                                    Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2021 | YN | Telephone call with client re the bankruptcy schedules and continue to prepare the deficiencies | 1.5O 225.00/hr | 337.50 |
| 3/4/2021 | SD | Review the amendments for filing to fix the ECF error | 0.10 495.00/hr | NO CHARGE |
| | YN | Draft the amendments, call and email client re same | 0.40 225.00/hr | 90.00 |
| 3/16/2021 | DR | Remind client of Initial Debtor Interview tomorrow | 0.10 435.00/hr | 43.50 |
| | DR | Plan & Prepare Client for Initial Debtor Interview and 341(a) meetings | 0.6O 435.00/hr | 261.00 |
| | MJB | Review Order Scheduling Initial Ch 11 Status Confernce | 0.10 595.00/hr | 59.50 |
| 3/17/2021 | MJB | Represent the debtor at the initial debtor interview | 0.50 595.00/hr | 297.50 |
| | SD | Discuss the Initial Debtor Interview with Michael Berger and Debra Reed and email client with the outstanding MOR and compliance items | 0.20 495.00/hr | 99.00 |
| | PG | Draft my Declaration for Order Scheduling Initial Chapter 11 Status and Case Management Conference | 0.20 200.00/hr | 40.00 |
| 3/18/2021 | SD | Call and email client to go over the necessary amendments to the schedules and the budget | 0.10 495.00/hr | 49.50 |
| | DR | Discussion of amending schedule to update assets | 0.40 435.00/hr | 174.00 |
| | DR | Client called to discuss Rainbow Children's Academy. | 0.20 435.00/hr | 87.00 |
| | YN | Telephone call with client re the Initial Debtor Interview | 0.20 225.00/hr | 45.00 |
| | KM | Several email communications with OUST regarding transcripts for 341a meeting | 0.40 225.00/hr | NO CHARGE |
| 3/19/2021 | SD | Review Peter Garza's declaration regarding the scheduling order for initial status hearing | 0.10 495.00/hr | 49.50 |
| | EG | Travel time to, from and spend to get blank CD-RW's for Trustee | 1.00 200.00/hr | NO CHARGE |
| | EG | Time spent at FedEx to mail CD-RW's for Trustee | 0.70 200.00/hr | NO CHARGE |

MMZ Holdings LLC Chapter 11                                                    Page    4

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 3/22/2021 | EG | Confer with D. Reed re: MMZ transcript status | 0.10 200.00/hr | NO CHARGE |
| 3/23/2021 | KM | Telephone and email communications with Michael and Erol on how we can obtain 341a transcripts from OUST during the Covid period | 0.60 225.00/hr | NO CHARGE |
| 4/1/2021 | YN | Telephone call with client and schedule conference with M. Berger | 0.10 225.00/hr | NO CHARGE |
| | EG | Review and reply to E-mails from D. Reed, M. Berger re: disc reader needed for transcript CD | 0.30 200.00/hr | NO CHARGE |
| 4/2/2021 | DR | Call with EdMazzarino and Michael Itaev regarding review of the Initial Debtor Interview. | 0.90 435.00/hr | 391.50 |
| | DR | Review Rainbow Academy lease provided by client | 0.20 435.00/hr | 87.00 |
| 4/5/2021 | SD | Review the email Debra Reed sent to client with the questions for the continued meeting of creditors | 0.10 495.00/hr | 49.50 |
| 4/6/2021 | EG | Review and respond to E-mails from D. Reed re: getting transcript from disc to clients, pull file upload to folder and create link, forward same to her | 0.50 200.00/hr | NO CHARGE |
| 4/9/2021 | MJB | Review and reply to email from Maria Ramos of the UST re commercial liability insurance | 0.10 595.00/hr | 59.50 |
| | YN | Email client and telephone call with client re evidence of insurance | 0.20 225.00/hr | 45.00 |
| 4/12/2021 | YN | Telephone call with client re expired insurance | 0.10 225.00/hr | NO CHARGE |
| 4/22/2021 | SD | Prepare the Initial Status Conference Report | 1.20 495.00/hr | 594.00 |
| | YN | Email Manuk and request for picture ID | 0.10 225.00/hr | NO CHARGE |
| | EG | Travel time to, from and spent at Roybal to file Case Status Conference Report | 3.00 200.00/hr | NO CHARGE |
| 4/26/2021 | MJB | Review email from client re minutes of member meeting , review draft minutes (.1), conference with Sofya D re same (.1) | 0.20 595.00/hr | 119.00 |
| 5/6/2021 | MJB | Prepare for the initial status conference (.1)  Appear by phone for the Initial Status Conference (.4); Prepare email to the client re dates and deadlines set at the status conference (.1) | 0.60 595.00/hr | 357.00 |

MMZ Holdings LLC Chapter 11

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2021 | DR | Advise client on letter from IRS. | 0.10<br>435.00/hr | 43.50 |
| 5/12/2021 | SD | Prepare a scheduling order after Initial Status Hearing | 0.20<br>495.00/hr | 99.00 |
| 5/13/2021 | YN | Draft Notice of Continued Status Hearing | 0.20<br>225.00/hr | 45.00 |
| | YN | Lodge the scheduling order | 0.10<br>225.00/hr | NO CHARGE |
| | | SUBTOTAL: | [    28.80 | 7,037.50] |
| | | For professional services rendered | 28.80 | $7,037.50 |

# EXHIBIT 3

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302


May 18, 2021


Invoice #875


### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Meeting of Creditors** | | | | |
| 3/17/2021 | MJB | Prepare for the initial debtor interview and the meeting of creditors | 0.20 595.00/hr | 119.00 |
|  | MJB | Represent the Debtor at the Initial Meeting of Creditors (1.3); Calendar continued hearing date and prepare email to client re the continued meeting of creditors (.1) | 1.40 595.00/hr | 833.00 |
|  | MJB | Telephone conference with Sofya D re Michael Itaev's testimony at the meeting of creditors (.1); Prepare email to client re same (.2) Telephone conference with client re same (.2) | 0.50 595.00/hr | 297.50 |
| 3/18/2021 | DR | Investigate getting the transcript from the Meeting of creditors with Karine. | 0.20 435.00/hr | NO CHARGE |
| 4/1/2021 | DR | Review meeting transcript testimony which was provided to our office as a recording by the trustee. Take notes. | 1.30 435.00/hr | 565.50 |
| 4/2/2021 | MJB | Conference with Debra Reed re the debtor's testimony at the meeting, getting the facts straight re payment of rent to the debtor and payments by the debtor, assets of the debtor | 0.10 595.00/hr | 59.50 |
|  | DR | Plan & Prepare for meeting with Mike Itaez and Ed Mazzarino regarding review of the initial debtor interview | 0.50 435.00/hr | 217.50 |
|  | MJB | Conference with Debra Reed re her conference with the client today, client's request for a continuance of the meeting of creditors and what to do re same | 0.10 595.00/hr | 59.50 |

MMZ Holdings LLC Chapter 11                                                          Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/2021 | DR | Request extension from US Trustee for the continued meeting of creditors | 0.10 435.00/hr | 43.50 |
| | DR | Prepare questionnaire for clients in order to gain information for creditors meeting. | 0.50 435.00/hr | 217.50 |
| | DR | Request loan related documents and cash flow information from clients | 0.10 435.00/hr | 43.50 |
| | DR | Send client recording of interview Meeting of Creditors | 0.10 435.00/hr | NO CHARGE |
| | DR | Request extension from Creditor Lone Oak for 341 meeting. | 0.10 435.00/hr | 43.50 |
| | DR | Request extension of 2 weeks to the continued SBA for the 341(a) meeting | 0.10 435.00/hr | 43.50 |
| 4/6/2021 | DR | Communicate via email with 3 Creditors' Counsel (Lone Oak, Melissa Thomas, & SBA) to reschedule the meeting of creditors. | 0.10 435.00/hr | 43.50 |
| | DR | Email Dare Law to determine if she approves the moving of the 341(a) meeting to 4/28/2021 at 1:30 pm. | 0.10 435.00/hr | 43.50 |
| | DR | Communicate extension to client of the 341(a) hearing | 0.10 435.00/hr | NO CHARGE |
| | DR | Email clients related to sending them the audio of the 341(a) meeting | 0.10 435.00/hr | NO CHARGE |
| | DR | Confirm attendance of Manuk Boyajian at 341a meeting of creditors. | 0.10 435.00/hr | NO CHARGE |
| 4/12/2021 | MJB | Plan & Prepare for the continued meeting of creditors, telephone conference with Sofya D re same | 0.10 595.00/hr | 59.50 |
| 4/13/2021 | DR | Discuss upcoming meeting of creditors with Client and also discussion of Insurance renewal | 0.10 435.00/hr | 43.50 |
| | DR | Email Client date and time of 341a meeting of creditors | 0.10 435.00/hr | NO CHARGE |
| 4/21/2021 | DR | Discussion of whether Manuk is available to attend the meeting of creditors. Discussion of proceeds of loans. Discussion of relief from stay motion filed by Melissa Thomas | 0.20 435.00/hr | 87.00 |
| 4/26/2021 | MJB | Telephone conference with Debra Reed re continued meeting of creditors | 0.10 595.00/hr | 59.50 |
| 4/28/2021 | MJB | Exchange emails with Dare Law, Sofya and the client re changed information for the 341(a) call in information (.1); Represent the debtor at the continued meeting of creditors (1.1); Telephone conference with | 1.30 595.00/hr | 773.50 |

MMZ Holdings LLC Chapter 11                                           Page    3

|            |    | | Hrs/Rate | Amount |
|------------|----|-|----------|--------|
|            |    | Sofya D re what happened at the 341(a) meeting, amended the debtor's Schedule B re accounts receivable (.1) | | |
| 4/28/2021  | SD | Find out how today's 341a meeting went (0.1); review client's email regarding the amendments needed from the meeting of creditors (0.1) | 0.20<br>495.00/hr | 99.00 |
|            |    | SUBTOTAL: | [    7.90 | 3,752.00] |
|            |    | For professional services rendered | 7.90 | $3,752.00 |

# EXHIBIT 4

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Financing** | | |
| 2/17/2021 | DR | Call Ed Mazzarino to request 90 day projections and 3 months bank statements | 0.10 435.00/hr | 43.50 |
| | DR | Draft Appropriate Template for client 6 month financial projections. | 0.30 435.00/hr | NO CHARGE |
| 2/18/2021 | MJB | Review and reply to email from Maycie McGowan of liquid asset partners re possible financing for the debtor | 0.10 595.00/hr | 59.50 |
| 2/19/2021 | YN | Telephone call with client re the budget | 0.10 225.00/hr | 22.50 |
| 2/23/2021 | DR | Email client re income figure for budget | 0.10 435.00/hr | 43.50 |
| | DR | Email client re insurance premium amount | 0.10 435.00/hr | 43.50 |
| | DR | Draft Cash Collateral Motion | 1.10 435.00/hr | 478.50 |
| | DR | Call to client regarding value of property and amount of income shown in budget | 0.10 435.00/hr | 43.50 |
| | DR | Revise draft  6 month budget | 0.10 435.00/hr | 43.50 |

MMZ Holdings LLC Chapter 11                                                                        Page    2

|            |     |                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/24/2021  | MJB | Telephone conference with the client and Ed Mazzarino re possible refinance to pay off the second, also discuss the 7 day package and bankruptcy schedules | 0.10<br>595.00/hr | 59.50  |
| 3/11/2021  | SD  | Review the cash collateral motion and provide my comments to Debra Reed to address | 0.60<br>495.00/hr | 297.00 |
| 3/15/2021  | MJB | Review letter from counsel for Loan Oak re its objection to use of cash collateral, conference with Sofya D re same | 0.10<br>595.00/hr | 59.50  |
|            | DR  | Make revisions  to MMZ Cash Collateral Motion.                                                                    | 0.50<br>435.00/hr | 217.50 |
| 3/16/2021  | DR  | Read and Review - Receipt of letter from WRSS&R counsel for Lone Oak objecting to use of cash collateral          | 0.20<br>435.00/hr | 87.00  |
|            | DR  | Email Communication to Client regarding letter from Lone Oak Counsel. Request information.                        | 0.20<br>435.00/hr | 87.00  |
|            | DR  | Reply to letter from WRSS&R counsel for Lone Oak regarding cash collateral                                        | 0.10<br>435.00/hr | 43.50  |
|            | DR  | Discuss Cash flow with Debtor, and expectation of future cash flows from rent payments.                          | 0.20<br>435.00/hr | 87.00  |
| 3/18/2021  | DR  | Client called to discuss mortgage refinance                                                                       | 0.20<br>435.00/hr | 87.00  |
| 3/22/2021  | DR  | Draft email to clients what is missing for the cash collateral motion; cash flow projections included.           | 0.50<br>435.00/hr | 217.50 |
|            | MJB | Review email from Debra Reed re proposed cash collateral motion                                                   | 0.10<br>595.00/hr | 59.50  |
| 3/23/2021  | DR  | Email and Voice mail to Communicate with Wolf Rifkin Shapiro Schulman and Rabkin LLP (Simon Aron) re cash collateral (Counsel for Lone Oak) | 0.10<br>435.00/hr | 43.50  |
| 3/31/2021  | SD  | Follow up with Debra regarding the cash collateral motion and amendments for MMZ                                  | 0.10<br>495.00/hr | 49.50  |
| 4/9/2021   | DR  | Communicate with client requesting input for the Cash Collateral Motion.                                         | 0.10<br>435.00/hr | 43.50  |
| 4/14/2021  | DR  | Discussion of SBA loan with M. Boyajian and M. Itaez                                                              | 0.20<br>435.00/hr | 87.00  |
|            | DR  | Research re SBA Loan Use of Proceeds                                                                              | 0.30<br>435.00/hr | 130.50 |

MMZ Holdings LLC Chapter 11                                                      Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2021 | SD | Review the six month budget sent by Manuk B. and provide my comments | 0.20 495.00/hr | 99.00 |
| 5/14/2021 | DR | Email client regarding SBA documents | 0.10 435.00/hr | 43.50 |
| | SUBTOTAL: | | [    6.00 | 2,576.50] |
| | For professional services rendered | | 6.00 | $2,576.50 |

# EXHIBIT 5

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Business Operations** | | | | |
| 2/17/2021 MJB | Review and reply to email from Erol G re identifying the tenant of the debtor and obtaining Secretary of State and UCC Judgment lien records for the tenant | | 0.10 595.00/hr | 59.50 |
| 2/18/2021 MJB | Review letter from Wells Fargo re debit restraint on its account due to the Chapter 11 bankruptcy filing, email client and Sofya D re same, re closing the WFB prepetition account and re opening a DIP account | | 0.10 595.00/hr | 59.50 |
| 3/2/2021 MJB | Review and revise debtor's draft bankruptcy schedules, conference with Sofya D re same | | 0.10 595.00/hr | 59.50 |
| 3/3/2021 YN | Draft MOR template for client | | 0.20 225.00/hr | NO CHARGE |
| 3/16/2021 YN | Telephone call with client re February MOR | | 0.20 225.00/hr | 45.00 |
| 3/23/2021 YN | Draft February's MOR | | 0.50 225.00/hr | 112.50 |
| 3/25/2021 SD | Review February MOR | | 0.10 495.00/hr | 49.50 |
| 3/26/2021 DR | Client called with MOR related question and hearing date questions | | 0.10 435.00/hr | 43.50 |
| 3/31/2021 YN | Telephone call and email with client re February MOR | | 0.10 225.00/hr | 22.50 |

MMZ Holdings LLC Chapter 11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2021 | DR | Perform due diligence on debtor. Review secretary of state website for Rainbow academy. Review Licensing and inspections for rainbow academy. | 0.30 435.00/hr | 130.50 |
| 4/5/2021 | SD | Discuss the status of the 7-day compliance with Debra Reed (0.1); review the Commercial Lease Agreement (0.1); review the appraisal report (0.1) | 0.30 495.00/hr | 148.50 |
| | SD | Discuss the status of the 7-day compliance with Debra Reed (0.1); review the Commercial Lease Agreement (0.1); review the appraisal report (0.1) | 0.30 495.00/hr | 148.50 |
| 4/20/2021 | SD | Review March MOR and the supporting statements | 0.20 495.00/hr | 99.00 |
| 4/21/2021 | YN | Make revisions to March MOR per S. Davtyan's comments | 0.30 225.00/hr | NO CHARGE |
| 4/26/2021 | MJB | Review email from Debra Reed re ownership of the debtor | 0.10 595.00/hr | 59.50 |
| 5/7/2021 | DR | Review letter from IRS to MMZ regarding tax returns. Prepare advice. | 0.20 435.00/hr | 87.00 |
| | DR | Reply to email from Simon Aron attorney for Lone Oak secured creditor regarding payment history. | 0.10 435.00/hr | 43.50 |
| 5/11/2021 | DR | Draft Excel Spreadsheet with payments in and out to Lone Oak and Melissa Thomas | 0.50 435.00/hr | 217.50 |
| 5/14/2021 | MJB | Telephone conference with Sofya D re problem of client not providing the accounting of SBA funds, what to do re same | 0.10 595.00/hr | 59.50 |
| | SD | Discuss the SBA's accounting request with Michael Berger and Debra Reed (0.1); send an email to Mike Itaen and Manuk Boyajian re same (0.1) | 0.20 495.00/hr | 99.00 |
| SUBTOTAL: | | | [    4.10 | 1,544.00] |
| For professional services rendered | | | 4.10 | $1,544.00 |

# EXHIBIT 6

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302


May 18, 2021


Invoice #875


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 2/23/2021 | MJB | Research my prior connections with the debtor and individuals and companies associated with the debtor for disclosure in the Application to Employ MJB as General Bankruptcy Counsel for the debtor | 0.20 595.00/hr | 119.00 |
| 2/24/2021 | YN | Research previous case regarding connections with Debtor and M. Berger for the Application to Employ M. Berger (0.3); telephone call with client re same (0.3) | 0.60 225.00/hr | 135.00 |
| | YN | Draft Application to Employ B. Berger as General Bankruptcy Counsel and prepare the exhibits | 2.00 225.00/hr | 450.00 |
| | YN | Draft the Statement of Disinterestedness for the Application to Employ M. Berger | 0.40 225.00/hr | 90.00 |
| 2/25/2021 | YN | Draft the Notice of Opportunity to Request a Hearing for the Application to Employ M. Berger | 0.20 225.00/hr | 45.00 |
| 2/26/2021 | SD | Review the Employment Application of Law Offices of Michael Berger and provide my comments to Yathida to address | 0.70 495.00/hr | 346.50 |
| | YN | Make revisions to the Application to Employ M. Berger per S. Davtyan's comments | 0.40 225.00/hr | NO CHARGE |
| | MJB | Review and revise draft Application to Employ MJB as General Bankruptcy Counsel for the Debtor | 0.20 595.00/hr | 119.00 |
| | YN | Make revisions to the Application to Employ M. Berger per M. Berger's comments and email to client | 0.30 225.00/hr | NO CHARGE |

MMZ Holdings LLC Chapter 11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2021 | YN | Draft Declaration that No Party Requested a Hearing and the Order Granting M. Berger's Application to be Employed as Counsel | 0.30 225.00/hr | NO CHARGE |
| 3/26/2021 | MJB | Review Order to Employ MJB as General Bankruptcy Counsel for the Debtor | 0.10 595.00/hr | 59.50 |
| | SUBTOTAL: | | [    5.40 | 1,364.00] |
| | For professional services rendered | | 5.40 | $1,364.00 |

# EXHIBIT 7

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Claims Administration and Objections** | | |
| 3/23/2021 | SD | Review the claim filed Los Angeles County Tax Collector | 0.10<br>495.00/hr | 49.50 |
| | DR | Review POC State Tax Authority Callifornia | 0.10<br>435.00/hr | NO CHARGE |
| 4/2/2021 | DR | Send property appraisal to Simon Aron Counsel for Lone Oak. | 0.10<br>435.00/hr | 43.50 |
| 5/7/2021 | SD | Review the claim filed by SBA | 0.10<br>495.00/hr | 49.50 |
| | YN | Draft Notice of Claims Bar Date | 0.20<br>225.00/hr | 45.00 |
| | MJB | Review and reply to email from Elan Levey re information that she wants to show how debtor spent the money that it borrowed from the SBA and requesting that debtor amend its bankruptcy schedules to show its account receivable from Rainbow Children's Academy (.2); Telephone conference with Sofya D re same (.1); Review reply email from Elan Levy agreeing to a May 14 deadline to produce information regarding how the debtor spent the money that it received from the SBA (.1) | 0.40<br>595.00/hr | 238.00 |
| | SD | Review the Notice of Claims Bar Date | 0.10<br>495.00/hr | 49.50 |

MMZ Holdings LLC Chapter 11                                          Page    2

|  | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [    1.10 | 475.00] |
| For professional services rendered | 1.10 | $475.00 |

# EXHIBIT 8

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis and Recovery** | | |
| 2/18/2021 | SD | Call with Debtor's principal regarding the 7-day compliance and information needed for the schedules and for my strategy (0.3); send an email to Cal Bank and Trust re setting up DIP accounts for MMZ (0.1) | 0.40 495.00/hr | 198.00 |
| 4/21/2021 | MJB | Conference with Debra Reed re possible claims of the debtor against Manuk Manukyan, possible changes in the management of the debtor | 0.10 595.00/hr | 59.50 |
| | | SUBTOTAL: | [    0.50 | 257.50] |
| | | For professional services rendered | 0.50 | $257.50 |

# EXHIBIT 9

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302


May 18, 2021


Invoice #875


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Litigation | | | |
| 3/2/2021 | EG | Confer with Y. Nipha re: civil lawsuit search | 0.10 200.00/hr | NO CHARGE |
| | EG | Conduct civil lawsuit search by name for MMZ | 0.10 200.00/hr | 20.00 |
| | EG | Conduct civil lawsuit search by name for Rainbow Children Academy Corp. | 0.10 200.00/hr | 20.00 |
| | EG | Confer with Y. Nipha re: civil lawsuit search results | 0.10 200.00/hr | NO CHARGE |
| | SUBTOTAL: | | [    0.40 | 40.00] |
| | For professional services rendered | | 0.40 | $40.00 |

# EXHIBIT 10

| Category | Hours Billed | Hours Non-billed | Total Hours Worked | Amount of Fees Charged |
|---|---|---|---|---|
| Relief From Stay | 15.7 | 1.5 | 17.2 | $ 7,407.50 |
| Case Administration | 18.8 | 10 | 28.8 | $ 7,037.50 |
| Meeting of Creditors | 7.2 | 0.7 | 7.9 | $ 3,752.00 |
| Financing | 5.7 | 0.3 | 6 | $ 2,576.50 |
| Business Operations | 3.6 | 0.5 | 4.1 | $ 1,544.00 |
| Fee and Employment Applications | 4.4 | 1 | 5.4 | $ 1,364.00 |
| Claims Administration and Objections | 1 | 0.1 | 1.1 | $ 475.00 |
| Asset Analysis | 0.5 | 0.5 | 1 | $ 257.50 |
| Litigation | 0.2 | 0.2 | 0.4 | $ 40.00 |
| Totals | 57.1 | 14.3 | 71.4 | $ 24,454.00 |

# EXHIBIT 11

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
MMZ Holdings LLC Chapter 11
Michael Itaev
1213 Centinela Avenue
Inglewood, CA 90302

May 18, 2021

Invoice #875

Additional Charges :

|  |  | Amount |
|---|---|---|
| 2/19/2021 | Copy of the Certified Petition | 11.00 |
| 3/2/2021 | Judge's copy sent ups<br>Application for order authorizing debtor to employ general bankruptcy counsel | 9.40 |
|  | Fee for civil lawsuit search by name for MMZ | 1.00 |
|  | Fee for civil lawsuit search by name for Rainbow Children Academy Corp. | 1.00 |
| 3/3/2021 | 20 pages for 11 mailings<br>Application for order authorizing debtor to employ general bankruptcy counsel | 22.00 |
|  | 11 mailings at .71 each<br>Application for order authorizing debtor to employ general bankruptcy counsel | 7.81 |
|  | Fee for civil case search | 1.00 |
| 3/4/2021 | Amendment Fee | 32.00 |
| 3/5/2021 | 5 pages for 21 mailings<br>Summary of amended schedules, master mailing list, and or statements | 10.50 |
|  | 21 mailings at .51 each<br>Summary of amended schedules, master mailing list, and or statements | 10.71 |
| 3/16/2021 | 2 pages for 23 mailings<br>Order scheduling initial chapter 11 status and case management conference | 4.60 |
|  | 23 mailings at .51 each<br>Order scheduling initial chapter 11 status and case management conference | 11.73 |

MMZ Holdings LLC Chapter 11                                                      Page      2

                                                                                        Amount

3/19/2021  Travel mileage to, from and spend to get blank CD-RW's for Trustee           8.80

           Cost for blank CD-RW's for Trustee                                          16.41

           Postage and return postage for blank CD-RW's for Trustee                    26.82

3/22/2021  Judge's copy sent ups                                                        9.46
           Declaration of PG re service order initial chapter 11 status and case conference

3/23/2021  Judge's copy sent ups                                                        9.46
           Declaration that no party requested a hearing on motion
           Order authorizing debtor's application to employ the law offices of MJB

4/16/2021  Los Angeles County Recorder Fee for Recording Bankruptcy Petition          107.00

4/22/2021  7 pages for 14 mailings                                                      9.80
           Chapter 11 status conference report (initial)

           14 mailings at .51 each                                                      7.14
           Chapter 11 status conference report (initial)

           Mileage for travel true and from Roybal to file Case Status Conference Report  14.30

           Parking at Roybal to file Case Status Conference Report                      3.00

4/28/2021  81 pages for 22 mailings                                                   179.20
           Response to motion regarding the automatic stay and declaration(s) in support

           Judge's copy sent ups                                                        9.46
           Response to motion regarding the automatic stay and declaration(s) in support

           22 mailings at $2.40 each                                                   52.80
           Response to motion regarding the automatic stay and declaration(s) in support

5/7/2021   53 pages for 25 mailings                                                   132.50
           Supplemental declaration of bang and real estate appraisal in support of MMZ
           Notice of bar date for filing proofs of claim in a chapter 11 case

           Judge's copy sent ups                                                        9.46
           Supplemental declaration of bang and real estate appraisal in support of MMZ
           Notice of bar date for filing proofs of claim in a chapter 11 case

           25 mailings at $1.80 each                                                   45.00
           Supplemental declaration of bang and real estate appraisal in support of MMZ
           Notice of bar date for filing proofs of claim in a chapter 11 case

5/14/2021  3 pages for 23 mailings                                                      6.90
           Notice of continued status hearing

           23 mailings at .51 each                                                     11.73
           Notice of continued status hearing

MMZ Holdings LLC Chapter 11                                                    Page      3

                                                                                Amount

5/14/2021  Judge's copy sent ups                                                   9.44
           Notice of continued status hearing
           Scheduling order after the initial conference

           Total additional charges                                           $791.43

# EXHIBIT 12

# MICHAEL JAY BERGER

9454 Wilshire Boulevard, 6th Floor, Beverly Hills, California 90212
T: 310.271.6223  |  F: 310.271.9805  |  E: michael.berger@bankruptcypower.com  |  W: www.bankruptcypower.com

## EDUCATION

**Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California**
Certified on September 1, 2006 and continuously certified since then.

Law School – HASTINGS COLLEGE OF LAW, San Francisco, California
J.D. with Honors, May 1981;
Class Standing: Top 10%

Main Honors and Activities
Order of the Coif                          Law Review
Thurston Honor Society              Phi Alpha Delta

Undergraduate – DUKE UNIVERSITY, Durham, North Carolina
B.A.  Graduated with Honors, 1978 Major: English

Main Honors and Activities
Captain of the Duke Debate Team
Chairman, Duke Branch of the North Carolina Public Interest Research Group
Member, National Honorary Society
Delta Sigma Rho Tau Kappa Alpha

## WORK EXPERIENCE

39 years of experience representing debtors, creditors and third parties in all types of bankruptcy proceedings.  My clients include accountants, actors, advertising agencies, ambulance companies, bail bond companies, book stores, car washes, churches and synagogues, clothing companies, construction companies, construction supply companies, contractors, cosmetic companies, dentists, designers, doctors, entrepreneurs, film companies, gas stations, hospitals, hotels, insurance agencies, insurance sales people, investors, landlords and tenants, landscape companies, lawyers,  lenders, magazines, manufacturing companies, musicians, nightclubs, pawn shops, physical therapists, radio stations, real estate brokers, real estate developers, real estate investors, restaurants, retail stores, schools, screenwriters, security guard companies, shopping centers, song writers, stock brokers, students, teachers, television stations, trucking companies and veterinarians.

1996 to Now        LAW OFFICES OF MICHAEL JAY BERGER
Beverly Hills, California
Principal attorney in law firm specializing in bankruptcy practice.  Extensive experience representing debtors, creditors and third parties in numerous Chapter 7, 11 and 13 proceedings.

1983 to 1996        Attorney and Managing Partner, BERGER & STOLAR, INC.
Beverly Hills, California
Senior trial lawyer specializing in bankruptcy and civil litigation practice.  Very knowledgeable and experienced in all types of civil litigation, including all types of collection, business, contract, entertainment, real estate, probate and bankruptcy cases.  Extensive experience representing debtors and creditors in numerous Chapter 7, 11 and 13 proceedings.

1981 to 1983    Attorney, RIFKIND, STERLING & LEVIN, INC.
Beverly Hills, California
Practiced in all phases of civil litigation. Primarily responsible for collection,
bankruptcy, breach of contract, real estate and tort cases.

## ACTIVITIES AND ASSOCIATIONS

"AV" rated lawyer as rated by Martindale Hubbell legal directory 1995-2021[*]

"Superb Rated Attorney" By Avvo
Former Judge Pro Tem, Beverly Hills Municipal Court
Former Arbitrator, Beverly Hills Bar Association
Former Editor of the Beverly Hills Bar Association Journal
Member of the Bankruptcy Section of the Beverly Hills Bar Association
Member of the Los Angeles Bankruptcy Forum
Member of the California Bankruptcy Forum
Member of the American Bankruptcy Institute
Member of Mensa, The High IQ Society
Member of Track Club Los Angeles
Marathon and Ultramarathon Runner
Guitar Player and Lead Singer for the Rock and Roll Band DTF

## AREA SERVED

I serve the entire Southern California area, with the majority of my cases being in the Central District of
California downtown Los Angeles, San Fernando Valley, Santa Ana and Riverside branch courts.

---

[*] The Martindale-Hubbell "AV" rating indicates very high to preeminent legal ability and very high ethical standards
as established by confidential opinions from members of the bar.

# EXHIBIT 13

# LAW OFFICES OF MICHAEL JAY BERGER

9454 Wilshire Blvd., 6th Floor
Beverly Hills, California 90212
Tel: 310-271-6223 | Fax: 310-271-0985

LAW OFFICES OF MICHAEL J. BERGER (the "Firm") limits its practice to the field of bankruptcy, insolvency, workouts and related civil litigation and transactional matters. The Firm's legal representation, involves extensive involvement with consumers and businesses, as Debtors and Debtors-in-Possession in chapter 7, 11 and 13 Bankruptcies.

## DESCRIPTION OF RESPONSIBILITIES OF BANKRUPTCY ATTORNEYS

The Firm's Bankruptcy Department currently employs four full-time attorneys whose duties include, but are not limited to, attendance at the client's initial debtor interview, 341(a) meeting of creditors and confirmation hearing. The Firm's attorneys also prepare petitions, schedules and other documents that are critical to the success of each case.

The attorneys, under the supervision of the Firm's principal attorney, Michael Jay Berger, are responsible for the research, preparation and filing of applications, motions and other documents throughout the course of a client's bankruptcy. More specifically, the attorneys draft applications to employ professionals and applications for attorney compensation, as well as budget motions, motions for the interim use of cash collateral, motions to value and Chapter 11 and 13 plans of reorganization and disclosure statements.

The Firm's attorneys also ensure compliance with the Bankruptcy Code and Local Bankruptcy Rules. The attorneys are often required to prepare and file: applications for orders shortening time, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports, orders, judgments-findings of fact and conclusions of law, applications for final decrees closing Chapter 11 cases, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, and proofs of claim.

Immediately following is a brief description of the qualifications of the Firm's Attorneys.

**Michael Jay Berger** – **_Principal Attorney_**, admitted to the State Bar of California, 1981; Central District of California, 1982. Mr. Berger is a Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California.

University of California Hastings, San Francisco, CA (1981)
Duke University, Durham, NC (1978).

1

**Sofya Davtyan** *– Senior Associate:* Admitted to the State Bar of California, 2008; Central District of California, 2008. Ms. Davtyan joined the firm in February of 2009. Ms. Davtyan is a Certified Specialist in Bankruptcy Law, Certified by the California Board of Legal Specialization.

Ventura College of Law, Ventura, CA (2008)
University of Southern California, Los Angeles, CA (2002)

**Carolyn M. Afari** *– Mid-Level Associate:* Admitted to the State Bar of California, 2012; Central District of California, 2012. Ms. Afari joined the firm in June of 2017.

University of West Los Angeles School of Law, Los Angeles, CA (2011)
University of Southern California, Los Angeles, CA (2005)

**Debra J. Reed** *– Mid-Level Associate.* Admitted to the State Bar of California, 2010; Central District of California, 2020. Ms. Reed joined the firm in 2020.

Santa Clara University School of Law, Santa Clara, CA • Juris Doctor (2009)
Baruch College, New York, NY • Masters of Business Administration (2000)
Boston College, Boston MA • Bachelor of Arts (1986)

**Samuel Boyamian** *– Associate:* Admitted to the State Bar of California, 2017; Central District of California, 2017. Mr. Boyamian joined the firm in 2011 and re-joined the firm in May of 2014.

Southwestern Law School, Los Angeles, CA (2015)
University of California, Riverside, Riverside, CA (2006)


## DESCRIPTION OF RESPONSIBILITIES OF PARALEGALS & LEGAL ASSISTANTS

The Firm's Bankruptcy Department currently employs four full-time paralegals and legal assistants whose duties include, but are not limited to, the following:

Attendance at initial attorney/client meetings, preparation of petitions, schedules, statement of affairs and rendering assistance to client in meeting the requirements of the United States Trustee.

After filing of the petition, the Paralegals, under the supervision of the attorneys, prepare drafts of motions, applications and other documents, including, but not limited to the following:

Application for authorization to employ professional persons, applications for compensation of attorneys' fees, motions to compromise controversies, stipulations, motions for extension of time for the debtor to file schedules, motions for extension of exclusivity periods [Bankruptcy Code §1121], motions for extension of the time in which the debtor may assume or reject nonresidential real property leases, motions for authorization to sell assets of the debtor's estate, applications for orders shortening time for serving notices to creditors, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports and account [Bankruptcy Rule 1019 (6)], notices as required by the Bankruptcy Rules, orders, judgments-findings of fact and

conclusions of law, applications for final decrees closing Chapter 11 cases, final decrees, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, proofs of claims, and any other documents which may appropriately be drafted at the legal assistant level.

Immediately following is a brief description of the qualifications of the Firm's Paralegals and Legal Assistants.

**Yathida Nipha (Senior Paralegal)**:  Ms. Nipha is a senior paralegal with ten (10) years of experience in Chapters 7, 11 and 13.  Ms. Nipha joined the firm in January 2010.

University of Phoenix, Los Angeles, CA (2008)

**Karine Manvelian (Senior Paralegal)**: Mrs. Manvelian joined the firm in 2014 and has returned in December 2015.  Mrs. Manvelian worked with the United States Bankruptcy Court for over 20 years.

**Erol Guler (Paralegal)**:  Mr. Guler joined the firm in September 2013.

Mr. Guler is a paralegal and he is a registered process server. Mr. Guler also is knowledgeable with filing collections notices with State Court. Mr. Guler prepares declarations of service and Applications to Employ Professionals. Mr. Guler has experience preparing bankruptcy schedules in chapter 7, 11, and 13.
West L.A. College, Culver City, CA – ABA Accredit Program

**Peter Garza (Paralegal)**:  Mr. Garza joined the firm in May 2015.  Prior to joining the firm, Mr. Garza was a customer service supervisor with Williams Lea, Inc. at O'Melveny & Myers for 15 years. Mr. Garza prepares declarations of service and Applications to Employ Professionals. Mr. Garza has experience preparing bankruptcy schedules in chapter 7, 11, and 13.

# EXHIBIT 14

| Attorney or Party Name, Address, Telephone & FAX Nos,,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **LAW OFFICES OF MICHAEL JAY BERGER**<br>**Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax:(310) 271-9805**<br>California State Bar Number: 100291 CA<br>**michael.berger@bankruptcypower.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for: MMZ HOLDINGS, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**MMZ Holdings, LLC**<br><br><br><br><br><br>                                    Debtor(s). | CASE NO.: **2:21-bk-11230-WB**<br>CHAPTER   **11**<br><br>**NOTICE OF HEARING ON APPLICATION FOR**<br>**PAYMENT OF:**<br>☑**INTERIM FEES AND/OR EXPENSES**<br>☐**FINAL FEES AND/OR EXPENSES**<br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**: ☐ See attached page for information on additional applicants
   a. Name of Applicant (*specify*):**Michael Jay Berger**
   b. Amount of fees requested: **$24,454.00__**
   c. Amount of costs requested: $ **791.43**
   d. Period covered by Application (*specify*): __February 17, 2021 through May 16, 2021__
   e. Address of Applicant (*specify*): __9454 Wilshire Blvd, 6th Floor, Beverly Hills, CA 90212__
   (*If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant*)

2. | Hearing Date: __6/25/2021__    Time: __2:00 pm__    Courtroom: __1375__    Floor: __13__ |
   | ☑ 255 East Temple Street, Los Angeles, CA 90012 | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 | ☐ 1415 State Street, Santa Barbara, CA 93101 |
   | ☐ 3420 Twelfth Street, Riverside, CA 92501 | |

3. **Deadline for Opposition Papers:** If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1        **F 2016-1.1.NOTICE.HEARING.APP.FEES**

approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date:    May 28, 2021

Law Offices of Michael Jay Berger
Print name of law firm

Signature

Michael Jay Berger
Print name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled:    **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF
INTERIM OR FINAL FEES AND/OR EXPENSES**    will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _6/2/2021_ I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Michael Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee Dare Law dare.law@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Counsel for Lone Oak Fund: Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com
Counsel for Melissa Thomas: Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (date) _6/2/2021_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later
than 24 hours after the document is filed.

☑ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each
person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _6/2/2021_, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Julia W. Brand**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1382 / Courtroom 1375**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _6/2/2021_ | Peter Garza | /s/Peter Garza |
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3        **F 2016-1.1.NOTICE.HEARING.APP.FEES**

2. **SERVED BY UNITED STATES MAIL**:

**SECURED CREDITORS:**

Credit Suisee Fist Boston, LLC
PO Box 861894
Los Angeles, CA 90086

Lone Oak Fund, LLC
11611 San Vicente Blvd., Ste. 640
Los Angeles, CA 90049

Los Angeles County Tax Collector
POB 54110
Los Angeles, CA 90054 (Address from POC)

Melissa Thomas
PO Box 2445
Saratoga, CA 95070

Peter Ma
2834 Military Ave
Los Angeles, CA 90064

Rainbow Children Academy Corp
1213-1217 & 1223 Centinela Ave.
Inglewood, CA 90302

U.S. SBA
10737 Gateway West #300
El Paso, TX 79935

U.S. SBA
Attn: Gil Hopenstand
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012 (Address from POC)

**UNSECURED CREDITOR:**

Yellowstone Capital West, LLC
30 Broad Street, Suite 1462
New York, NY 10004

Wise Funding
767 Third Ave., 32nd Fl
New York, NY 10017

Franchise Tax Board
Attn: Rebecca Estonilo
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952 (Address from POC)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 4          **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND MANUK BOYAJIAN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_6/2/21_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Michael Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee Dare Law dare.law@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Counsel for Lone Oak Fund: Simon Aron   saron@wrslawyers.com, eweiman@wrslawyers.com
Counsel for Melissa Thomas: Benjamin Nachimson   ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _6/2/21_, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Julia W. Brand**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1382 / Courtroom 1375**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _6/2/21_ | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**